**JS6**

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA U. AJULUCHUKU-LEVY )<br>                              )<br>          Plaintiff, )<br>                              )<br>      vs.          )<br>                              )<br>TUTOR.COM                     )<br>                              )<br>                              )<br>                              )<br>        Defendant. )<br>                              ) | CASE NO. CV 09-5164-R<br><br>ORDER |

A district court shall dismiss at any time an action filed in forma pauperis if the court determines that the action is frivolous or malicious or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). A complaint is frivolous when the facts alleged are clearly baseless. *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). This encompasses allegations that are fantastical and delusional. *Id.* at 328; *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). "As those words suggest, a finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." *Id.*

This complaint is, on its face, fanciful, delusional, and fantastic. It lacks an arguable basis in law or fact, and is thus frivolous. In addition, the Court notes that Plaintiff has filed, and the Court has dismissed, at least 44 prior lawsuits on the same basis. As it is clear that the

1   deficiencies of the complaint could not be cured by amendment, the complaint is dismissed

2   with prejudice.

3      IT IS SO ORDERED.

4   DATED: August **24**, 2009.

5

6                                             MANUEL L. REAL
                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28